UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL DUANE BENJAMIN, | ) | CASE NO.: C06-0759-RSM |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING |
| STATE OF WASHINGTON, | ) | § 2254 PETITION |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of error coram nobis, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition is DISMISSED without prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 13th day of September, 2006.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2254 PETITION
PAGE -1